UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., an Alaska corporation, ALASKA AIR GROUP, INC., a Delarware corporation, and DOES 1-10<br><br>Defendant. | No. 2:18-cv-01784-RSL<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT |

## **STIPULATION**

Pursuant to Local Rule 10(g), Leo Synoracki ("Plaintiff") and defendants Alaska Airlines, Inc. and Alaska Air Group, Inc., ("Defendants") through their respective undersigned counsel, stipulate to the Court's entry of the proposed order below with reference to the following facts:

1. Plaintiff filed the Complaint in this action on December 12, 2018 [Dkt. 1].

2. Plaintiff served the Complaint on Alaska Airlines, Inc. on or about December 17, 2018, so that its current deadline to respond to the Complaint is January 7, 2018 [Dkt 15].

3. Plaintiff served the Complaint on Alaska Air Group, Inc. on or about December 19, 2018, so that its current deadline to respond to the Complaint is January 9, 2018 [Dkt 16].

4. Given the holidays, Counsel for Defendants has just recently been retained and needs additional time to respond to Plaintiff's Complaint.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS
TO RESPOND TO COMPLAINT
(2:18-cv-01784-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. The parties have conferred and Plaintiff has agreed to a 30 day extension on the time for Defendants to respond to the Complaint. Pursuant to the parties' stipulation the new deadline to file a responsive pleading is February 7, 2019.

6. The requested extension will not affect any other dates in this case.

7. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 7th day of January, 2019.

    Davis Wright Tremaine LLP
    Attorneys for Alaska Airlines, Inc. and Alaska Air Group, Inc.

    By /s/ Katie Rosen
        Kathryn S. Rosen, WSBA #29465
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        P: (206) 622-3150
        F: (206) 757-7700
        E-mail: katierosen@dwt.com

    HKM Employment Attorneys LLP
    Attorneys for Leo Synoracki

    By /s/ Donald Heyrich
       /s/ Donald W. Heyrich
       Donald Heyrich, WSBA #35815
       Donald W. Heyrich, WSBA #23091
       600 Stewart St., Suite 901
       Seattle, WA 98101
       Telephone: 206.838.2504
       Fax: 206.260.3055
       E-mail: dyheyrich@hkm.com

    Pilot Law, P.C.
    Attorneys for Leo Synoracki

    By /s/ Brian J. Lawyer
       Brian J. Lawler
       850 Beech Street, Suite 713
       San Diego, CA 92101
       Email: blawler@pilotlawcorp.com
       (*Admitted pro hac vice*)

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
(2:18-cv-01784-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stonebarger Law, APC
Attorneys for Leo Synoracki

By */s/ Gene J. Stonebarger*
   */s/ Crystall L. Matter*
   Gene J. Stonebarger
   Crystal L. Matter
   75 Iron Point Circle, Suite 145
   Folsom, CA 95630
   Email: gstonebarger@stonebargerlaw.com
   Email: cmatter@stonebargerlaw.com
   (*Admitted pro hac vice*)

Law Office of Charles M. Billy, APC
Attorneys for Leo Synoracki

By */s/ Charles M. Billy*
   Charles M. Billy
   22706 Aspan Street, Suite 305
   Lake Forest, CA 92630
   Email: cbilly@cmblawcorp.com
   (*Admitted pro hac vice*)

## **ORDER**

Based on the foregoing stipulation, the Court ORDERS that the Defendants' deadline to respond to Plaintiff's Complaint is extended to February 7, 2019.

Dated this 8th day of January, 2019.

   The Honorable Robert S. Lasnik
   United States District Court Judge

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS
TO RESPOND TO COMPLAINT
(2:18-cv-01784-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax