1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., *et al.,*<br><br>Defendants. | No. 2:18-cv-01784-RSL<br><br>**STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE MOTION FOR CLASS CERTIFICATION** |

## I.     INTRODUCTION

The parties, by and through their undersigned counsel, jointly submit this stipulated motion to continue Plaintiff's deadline to file his Motion for Class Certification currently scheduled for March 17, 2020. Plaintiff conferred with Defendant to obtain certain declarations and stipulation regarding produced documents, and it is Plaintiff's intention to utilize the declarations and stipulations in support of his Motion for Class Certification. Defendant requires additional time to edit and execute the declarations and stipulation so they can be used as part of Plaintiff's Motion.

## II.     STATEMENT OF FACTS

In this putative civil class action brought pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 *et seq.* ("USERRA"), Plaintiff alleges Alaska Airlines, Inc. and Alaska Air Group, Inc. (the "Company") employs

approximately 3,000 pilots, and approximately 1,000 pilots are or were members of the United States Armed Services or National Guard. Plaintiff alleges the Company repeatedly and intentionally failed to allow pilots on military leave to accrue sick time and vacation time thereby denying members of the Class a benefit of employment.

This case was filed in December 2018. Trial is set for September 14, 2020.

## III.    ARGUMENT

The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(*b)(4); LCR 16(b)(5); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992). The parties stipulate that good cause exists to grant a second short continuance of the deadline for Plaintiff to file his Motion for Class Certification filing deadline to permit Defendant additional time to edit and execute the proposed declarations and stipulation that will be utilized in support of Plaintiff's Motion for Class Certification. Defendant anticipates it will be able to provide edits to the declarations and stipulation by March 9, 2020, and, accordingly, the parties anticipate executing the declarations and stipulation by March 18, 2020. That will provide Plaintiff two weeks to finish preparing the motion and supporting document as well as ensure to local counsel has adequate review time prior to timely filing on April 7, 2020. Accordingly, the parties jointly request a continuance of the Motion for Class Certification filing deadline.

This is the second continuance requested by the parties.

## IV.    CONCLUSION

For the foregoing reasons, the parties respectfully move the Court to modify the Motion for Class Certification filing deadline from March 17, 2020 to April 7, 2020.

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION

FOR PLAINTIFF

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger(*admitted Pro Hac Vice*)
gstonebarger@stonebargerlaw.com
Crystal L. Matter (*admitted Pro Hac Vice*)
cmatter@stonebargerlaw.com
STONEBARGER LAW
101 Parkshore Drive
Suite 100
Folsom, California 95630
Phone: 916.235.7140
Fax: 916.235.7141

Daniel Kalish
dkalish@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Ste 901
Seattle, WA 98101
Phone: 206-838-2504

*Counsel for Plaintiff
and the Proposed Putative Class*

Brian J. Lawler (*admitted Pro Hac Vice*)
blawler@pilotlawcorp.com
PILOT LAW, P.C.
850 Beech Street, Suite 713
San Diego, California 92101
Phone: 866.512.2465
Fax: 619.231.4984

Charles M. Billy (*admitted Pro Hac Vice*)
cbilly@cmblawcorp.com
The Law Offices of Charles M. Billy, APC
22706 Aspan Street, Ste 305
Lake Forest, CA 92630
Phone: 949-357-9636

FOR DEFENDANT:

By: /s/ Mark W. Robertson
Mark W. Robertson
Mark W. Robertson (admitted pro hac vice)
(N.Y. Bar #4508248)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
mrobertson@omm.com

*Counsel for Defendant*

Kathryn S. Rosen, WSBA #29465
Davis Wright Tremaine
920 5th Avenue, Ste. 3300
Seattle, Washington 98104-1610
Tel.: (206) 622-3150
Fax: (206) 757-7700
katierosen@dwt.com

Tristan Morales (admitted pro hac vice)
(D.C. Bar # 1011373)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
tmorales@omm.com

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS
CERTIFICATION

## **ORDER**

Based on the foregoing stipulation, the Court orders that the filing deadline for the Motion for Class Certification is April 7, 2020.

Dated this 16th day of March, 2020.

_MW S Lasnik_
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION