UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>　　　　　　　　Defendants. | No. 2:18-cv-01784-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

## I.　INTRODUCTION

The parties, by and through their undersigned counsel, jointly submit this stipulated motion to extend Defendants' deadline to file their response (the "Response") to Plaintiff's Motion for Class Certification (Dkt. No. 40) (the "Motion"), currently due April 27, 2020, by 14 days to May 11, 2020 and for Plaintiff's Motion, currently noted for May 1, 2020, to be noted for consideration on May 15, 2020.  Good cause exists for this extension because Defendants are currently reviewing Plaintiff's putative classes and proposed class definitions along with accompanying materials, and additional time may be helpful in narrowing the scope of disputed issues to be addressed in Defendants' Response.

## II.　STATEMENT OF FACTS

In this civil class action brought pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 *et seq.*, Plaintiff seeks to certify two classes

of pilots employed by Defendants who allegedly did not accrue vacation or sick time while on periods of military leave.

This case was filed in December 2018.  Trial is set for December 7, 2020.  Plaintiff filed the Motion on April 7, 2020, which is noted for a hearing on May 1, 2020.  Defendants' Response is currently due April 27, 2020.

### III.   ARGUMENT

The Court may extend a party's deadline to respond to a motion where good cause exists. Fed. R. Civ. P. 6(b)(1)(a); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("[R]equests for extensions of time made before the applicable deadline has passed should normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.") (internal quotation marks omitted).

The parties stipulate that good cause exists to extend Defendants' time to respond to Plaintiff's Motion by 14 days because Defendants are currently reviewing Plaintiff's putative classes and proposed class definitions along with accompanying materials, and additional time may be helpful in narrowing the scope of disputed issues to be addressed in Defendants' Response. (*See* Dkt. No. 40 at 4.)  Specifically, Defendants and Plaintiff have been in communication to determine the scope of disputed issues regarding Plaintiff's proposed putative classes and class definitions, and these discussions could potentially narrow the issues that will be addressed by Defendants' Response and will need to be considered by this Court.  Therefore, good cause exists for a short, two-week extension that will allow the parties additional time to discuss Plaintiff's proposed class definitions.

This is the first request by the parties for an extension of time for Defendants to file a Response to Plaintiff's Motion

STIPULATED MOTION AND ORDER

## V. CONCLUSION

For the foregoing reasons, the parties respectfully move the Court to extend Defendants' time to file a Response to Plaintiff's Motion from April 27, 2020 to May 11, 2020, and to notice Plaintiff's Motion for May 15, 2020.

FOR DEFENDANTS:

By: /s/ Mark W. Robertson
Mark W. Robertson (*admitted pro hac vice*)
(N.Y. Bar #4508248)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
mrobertson@omm.com

*Counsel for Defendants*

Kathryn S. Rosen, WSBA #29465
Davis Wright Tremaine
920 5th Avenue, Ste. 3300
Seattle, Washington 98104-1610
Tel.: (206) 622-3150
Fax: (206) 757-7700
katierosen@dwt.com

Tristan Morales (*admitted pro hac vice*)
(D.C. Bar # 1011373)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
tmorales@omm.com

FOR PLAINTIFF:

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger(*admitted Pro Hac Vice*)
gstonebarger@stonebargerlaw.com
Crystal L. Matter (*admitted Pro Hac Vice*)
cmatter@stonebargerlaw.com
STONEBARGER LAW
101 Parkshore Drive
Suite 100
Folsom, California 95630
Phone: 916.235.7140
Fax: 916.235.7141

Daniel Kalish
dkalish@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Ste 901
Seattle, WA 98101
Phone: 206-838-2504

*Counsel for Plaintiff(s)*

Brian J. Lawler (*admitted Pro Hac Vice*)
blawler@pilotlawcorp.com
PILOT LAW, P.C.
850 Beech Street, Suite 713
San Diego, California 92101
Phone: 866.512.2465
Fax: 619.231.4984

Charles M. Billy (*admitted Pro Hac Vice*)
cbilly@cmblawcorp.com
The Law Offices of Charles M. Billy, APC
22706 Aspan Street, Ste 305
Lake Forest, CA 92630
Phone: 949-357-9636

STIPULATED MOTION AND ORDER

**ORDER**

Based on the foregoing stipulation, the Court ORDERS that Plaintiff's motion for class certification (Dkt. No. 40) is noted for hearing on May 15, 2020, and Defendants' response to Plaintiff's motion, if any, shall be filed by May 11, 2020.

Dated this 24th day of April, 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER