UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., *et al.,*<br><br>Defendants. | No. 2:18-cv-01784-RSL |

**ORDER GRANTING**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

THIS CAUSE comes before the Court upon the motion for class certification (the "Motion") filed on April 7, 2020 by Plaintiff Leo Synoracki ("Plaintiff"), on behalf of the proposed Classes pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure.

THE COURT has considered all papers submitted by the parties, including defendants' statement of non-opposition based on the parties' agreement to modify the class definitions. Accordingly, it is hereby ORDERED AND ADJUDGED that:

(1)  Plaintiffs' Motion for Class Certification is GRANTED as modified below;

(2)  Pursuant to Rule 23(a), the Court finds that the Classes are so numerous that joinder of all members is impracticable; that there are questions of law or fact common to

the respective Classes; that the Class Representative's claims are typical of the claims of other members of the Classes; and that the Class Representative and Class Counsel will fairly and adequately represent the members of the Classes.

(3) Pursuant to Rule 23(b)(3), the Court finds that common questions of law and fact predominate over the questions affecting only individual members of the Classes, and that a class action is superior to other methods for the fair and efficient adjudication of this controversy.

(4) The certified Classes shall be defined as:

**Sick Time Accrual Class**:  All past and present pilots employed by Alaska Airlines, Inc., who: (i) did not accrue sick time while on periods of military leave from Alaska Airlines, Inc., from October 10, 2004, to the date of this Order; and (ii) were not at the maximum sick leave accrual level at the time of military leave(s) or at any time thereafter.

**Vacation Time Accrual Class**:  All past and present pilots employed by Alaska Airlines, Inc., who did not accrue vacation time while on periods of military leave from Alaska Airlines, Inc., from October 10, 2004, to the date of this Order.

(5) Plaintiff is hereby appointed as the Class Representative for the Classes; and

(6) The law firms of Stonebarger Law APC, Pilot Law, P.C., and The Law Offices of Charles M. Billy, APC, are hereby appointed as Class Counsel.

Dated this 22nd day of May, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

Order on Motion for Class Certification

2