1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

LEO SYNORACKI, on behalf of himself and all
others similarly situated

                  Plaintiff,

    v.

ALASKA AIRLINES, INC., *et al.*,

                  Defendants.

No. 2:18-cv-01784-RSL

**STIPULATED MOTION AND
ORDER EXTENDING TIME**

12

### I.      INTRODUCTION

13

14

15

16

17

18

19

The parties, by and through their undersigned counsel, jointly submit this stipulated motion to extend Plaintiff's deadline to file his response (the "Response") to Defendants' Motion for Summary Judgment (Dkt. No. 49) (the "Motion"), currently due November 30, 2020, to December 14, 2020 and for Defendants' Motion, currently noted for December 4, 2020, to be noted for consideration on January 8, 2020, with Defendants' reply in support of that Motion to be filed by that date. Good cause exists for this extension in light of the professional commitments and scheduling conflicts of the parties' counsel, including pre-planned travel during the holidays.

20

21

22

The parties also submit this stipulated motion to extend the other deadlines in this litigation by 90 days. The parties stipulate that an extension of these deadlines is necessary to provide this Court time to rule on Defendants' summary judgment motion.

23

### II.      STATEMENT OF FACTS

24

25

26

This is a civil class action brought pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 *et seq.* On May 22, 2020, this Court certified two classes of Alaska Airlines, Inc. ("Alaska") pilots who did not accrue sick or vacation time

STIPULATED MOTION AND ORDER

O'MELVENY & MYERS LLP
Attorneys at Law
Times Square Tower
7 Times Square
New York, New York  10036-6537
+1 212 326 2000

1  while on periods of military leave.

2  This case was filed in December 2018.  Trial is set for February 1, 2021.  Defendants filed

3  the Motion on November 9, 2020, which is currently noted for a hearing on December 4, 2020,

4  and with Plaintiffs' Response currently due November 30, 2020.

5  ### III.    ARGUMENT

6  The Court may extend a party's deadline to respond to a motion where good cause exists.

7  Fed. R. Civ. P. 6(b)(1)(a); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010)

8  ("[R]equests for extensions of time made before the applicable deadline has passed should

9  normally . . . be granted in the absence of bad faith on the part of the party seeking relief or

10  prejudice to the adverse party.") (internal quotation marks omitted).

11  The parties stipulate that good cause exists to extend Plaintiff's time to respond to

12  Defendants' Motion and Defendants' time to file their reply because of the parties' other

13  professional commitments and scheduling conflicts during this time period, including pre-planned

14  travel over the holidays during that time.  Moreover, the parties stipulate that good cause exists to

15  extend the other pretrial deadlines in this matter to provide this Court time to review and rule on

16  Defendants' Motion, which seeks to dismiss all claims brought by Plaintiff and the classes in this

17  case.  Therefore, good cause exists to amend the remaining pre-trial order as follows:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | December 29, 2020 | April 8, 2021 |
| Agreed pretrial order due | January 18, 2021 | April 19, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 27, 2021 | April 27, 2021 |
| Trial date | February 1, 2021 | May 3, 2021 |

25  This is the second request by the parties for an extension of the post-discovery deadlines.

26

- 2 -

STIPULATED MOTION AND ORDER

O'MELVENY & MYERS LLP
Attorneys at Law
Times Square Tower
7 Times Square
New York, New York  10036-6537
+1 212 326 2000

1

### IV.   CONCLUSION

2

For these reasons, the parties respectfully move the Court to extend Plaintiff's time to file

3

a Response to Defendants' Motion from November 30, 2020 to December 14, 2020, to notice

4

Defendants' Motion for January 8, 2020, and to extend all other deadlines in this matter by 90

5

days.

6

FOR DEFENDANTS:

7

By: /s/Mark W. Robertson

8

Mark W. Robertson (*admitted pro hac vice*)
(N.Y. Bar #4508248)

9

O'Melveny & Myers LLP
7 Times Square

10

New York, New York 10036
Tel.: (212) 326-2000

11

Fax: (212) 326-2061
mrobertson@omm.com

12

*Counsel for Defendants*

13

14

15

16

17

FOR PLAINTIFF:

18

By: /s/Gene J. Stone Barger

Gene J. Stonebarger (*admitted Pro Hac Vice*)

19

gstonebarger@stonebargerlaw.com
Crystal L. Matter (*admitted Pro Hac Vice*)

20

cmatter@stonebargerlaw.com
STONEBARGER LAW

21

101 Parkshore Drive
Suite 100

22

Folsom, California 95630
Phone: 916.235.7140

23

Fax: 916.235.7141

24

Daniel Kalish
dkalish@hkm.com

25

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Ste 901

26

Seattle, WA 98101

Kathryn S. Rosen, WSBA #29465
Davis Wright Tremaine
920 5th Avenue, Ste. 3300
Seattle, Washington 98104-1610
Tel.: (206) 622-3150
Fax: (206) 757-7700
katierosen@dwt.com

Tristan Morales (*admitted pro hac vice*)
(D.C. Bar # 1011373)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
Tel.: (202) 383-5300
Fax: (202) 383-5414
tmorales@omm.com

Brian J. Lawler (*admitted Pro Hac Vice*)
blawler@pilotlawcorp.com
PILOT LAW, P.C.
850 Beech Street, Suite 713
San Diego, California 92101
Phone: 866.512.2465
Fax: 619.231.4984

Charles M. Billy (*admitted Pro Hac Vice*)
cbilly@cmblawcorp.com
The Law Offices of Charles M. Billy, APC
22706 Aspan Street, Ste 305
Lake Forest, CA 92630
Phone: 949-357-9636

STIPULATED MOTION AND ORDER

O'MELVENY & MYERS LLP
Attorneys at Law
Times Square Tower
7 Times Square
New York, New York  10036-6537
+1 212 326 2000

1   Phone: 206-838-2504

2   *Counsel for Plaintiff*
    *and the Classes*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 4 -

STIPULATED MOTION AND ORDER

O'MELVENY & MYERS LLP
Attorneys at Law
Times Square Tower
7 Times Square
New York, New York  10036-6537
+1 212 326 2000

# ORDER

Based on the foregoing stipulation, the Court ORDERS that Plaintiff's time to file a response to Defendants' Motion for Summary Judgment (Dkt. No. 49) is extended from November 30, 2020 to December 14, 2020, Defendants' Motion for Summary Judgment shall be noticed for January 8, 2021 and Defendants shall file their reply in further support of this motion by this date, and all other deadlines in this matter shall be extended by 90 days, as set forth below:

|  | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | December 29, 2020 | April 8, 2021 |
| Agreed pretrial order due | January 18, 2021 | April 19, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 27, 2021 | April 27, 2021 |
| Trial date | February 1, 2021 | May 3, 2021 |

Dated this 16th day of November, 2020.

_MM S Lasnik_
The Honorable Robert S. Lasnik
United States District Court Judge

- 5 -

STIPULATED MOTION AND ORDER

O'MELVENY & MYERS LLP
Attorneys at Law
Times Square Tower
7 Times Square
New York, New York  10036-6537
+1 212 326 2000