UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI,<br><br>    Plaintiff,<br><br>  v.<br><br>ALASKA AIRLINES, INC., *et al.*,<br><br>    Defendants. | Cause No. C18-1784RSL<br><br>ORDER EXTENDING CASE MANAGEMENT DEADLINES |

This matter comes before the Court on the parties' "Stipulated Motion to Extend Deadlines." Dkt. # 68. There is good cause for an extension of the remaining case management deadlines as follows:

| | |
|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter. Replies will be accepted. | June 27, 2022 |
| Agreed pretrial order due | August 17, 2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 2, 2022 |
| Trial date | September 12, 2022 |

IT IS SO ORDERED.


ORDER EXTENDING CASE
MANAGEMENT DEADLINES - 1

Dated this 4th day of January, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING CASE
MANAGEMENT DEADLINES - 2