# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>Defendants. | **JUDGMENT**<br><br>CASE NUMBER: 2:18-cv-01784-RSL |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the Court's Order of May 31, 2022, Judgment is entered in favor of Defendants Alaska Airlines, Inc. and Alaska Air Group, Inc., against Plaintiff Leo Synoracki.

DATED this 31st day of May, 2022.

RAVI SUBRAMANIAN,
Clerk of the Court

By:   */s/ Victoria Ericksen*
         Deputy Clerk