UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO SYNORACKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,[1]<br><br>Defendant. | CASE NO. 2:18-cv-01784-RSL<br><br>ORDER |

This matter comes before the Court on the joint status report submitted by the parties on March 3, 2025. Dkt. # 82.

Plaintiff shall, within thirty days of the date of this Order, file a motion to amend the class action allegations of the complaint to reflect the classes and/or subclasses he intends to pursue. Because the motion and subsequent briefing will address the futility of the proposed classes in light of the Ninth Circuit's decision in *Clarkson v. Alaska Airlines, Inc.*, 59 F.4th, 424 (9th Cir. 2023), and the settlement of that lawsuit, the parties may file opening and responsive briefs of up to 24 pages in length. The motion for leave to amend

---

[1] The claims asserted against defendant Alaska Air Group, Inc., were dismissed on May 31, 2022 (Dkt. # 70 at 2 n.1) and the claims asserted against the Doe defendants were abandoned. Alaska Airlines, Inc., is the sole defendant going forward.

ORDER - 1

shall be noted on the Court's calendar for consideration 28 days after filing. A case management schedule will be established once the motion for leave to amend is resolved.

Dated this 24th day of March, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2